

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2014

No. 04-14-00045-CR

Manuel **ALCOSER** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5943
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

     Appellant has filed a pro se "Motion for Leave to File Late Notice of Appeal." However, it is not clear what order or judgment appellant desires to appeal from. The Clerk of this court has determined a motion to revoke is pending, but the trial court has not yet ruled. If appellant desires an appeal on the motion to revoke, there is, as yet, no final order or judgment from which an appeal may be taken. On the other hand, appellant was placed on probation on September 27, 2012. Assuming September 27, 2012 is the date the trial court originally imposed sentence, then appellant's notice of appeal was due to be filed October 29, 2012. TEX. R. APP. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal was due on November 13, 2012. TEX. R. APP. P. 26.3.

     It is therefore ORDER that appellant show cause in writing <u>no later than February 11, 2014</u> why this appeal should not be dismissed for lack of jurisdiction.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court